# DISTRICT COURT OF MARYLAND FOR Prince George's County

**LOCATED AT (COURT ADDRESS)**
14735 Main Street
Upper Marlboro, MD 20772

**CASE NO.** CV

**COMPLAINT/APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT**
[X] $5,000 or under  [ ] over $5,000  [ ] over $10,000

Clerk: Please docket this case in an action of [ ] contract [X] tort [ ] replevin [ ] detinue [ ] bad faith insurance claim

The particulars of this case are:
While participating in an Inspector General's investigation, Kevin McCreight made false and slanderous statements about me concerning my work ethic and professional competence. These false and slanderous statements prohibited me from obtaining my deserved performance rating, bonus and altered the direction and conclusion of the Inspector General's investigation.

See enclosed Continuation sheet for details.

## PARTIES

**Plaintiff**
Kiesha D. Lewis
2305 Prima Rd
Bowie, MD 20721

**VS.**

**Defendant(s):**
1. Kevin McCreight
3299 W. Shadowlawn Ave, NE
Atlanta, GA 30305
(404) 290-2597

Serve by: [X] Certified Mail [ ] Private Process [ ] Constable [ ] Sheriff

RECEIVED DEC 02 2019

(See Continuation Sheet)

The plaintiff claims $5,000, plus interest of $350, interest at the [X] legal rate [ ] contractual rate calculated at 7%, from 5/2019 to present (____ days x $____ per day) and attorney's fees of $____ plus court costs.

[ ] Return of the property and damages of $____ for its detention in an action of replevin.
[ ] Return of the property, or its value, plus damages of $____ for its detention in action of detinue.
[ ] Other: ____
and demands judgment for relief.

## ATTORNEYS

For Plaintiff - Name, Address, Telephone Number & Code

Signature of Plaintiff/Attorney/Attorney Code   CPF ID No.
Printed Name: Kiesha D. Lewis
Address: 2305 Prima Rd, Bowie, MD 20721
Telephone Number: 240-346-8398
Fax: ____
E-mail: kieshalewis@hotmail.com

## MILITARY SERVICE AFFIDAVIT

[ ] Defendant(s) _____ is/are in the military service.
[ ] No defendant is in the military service. The facts supporting this statement are: ____

*Specific facts must be given for the Court to conclude that each Defendant who is a natural person is not in the military.*

[ ] I am unable to determine whether or not any defendant is in military service.
I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in the aforegoing Affidavit are true and correct to the best of my knowledge, information, and belief.

_____     _____
Date                               Signature of Affiant

## APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT (See Plaintiff Notice on Back Page)

Attached hereto are the indicated documents which contain sufficient detail as to liability and damage to apprise the defendant clearly of the claim against the defendant, including the amount of any interest claimed.
[ ] Properly authenticated copy of any note, security agreement upon which claim is based [ ] Itemized statement of account [ ] Interest worksheet
[ ] Vouchers [ ] Check [X] Other written document [ ] ____ [ ] Verified itemized repair bill or estimate
I HEREBY CERTIFY: That I am the [X] plaintiff [ ] Kiesha D. Lewis ____ of the plaintiff herein and am competent to testify to the matters stated in this Complaint, which are made on my personal knowledge; that there is justly due and owing by the defendant to the plaintiff the sum set forth in the Complaint.
I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters.

11/28/2019                         _____
Date                                     Signature of Affiant

DC-CV-001 (front) (Rev. 12/2018)